IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-cv-00294-D

| | |
|---|---|
| WESTERN PLASTICS, INC., ) | |
| ) | |
| Plaintiff, ) | ORDER SCHEDULE |
| ) | TELEPHONIC STATUS |
| v. ) | CONFERENCE |
| ) | |
| DUBOSE STRAPPING, INC., ) | |
| ) | |
| Defendant. ) | |

For good cause shown, the Parties' Joint Motion to Schedule Telephonic Status Conference is GRANTED, and is scheduled as follows:

1:00 p.m. on Friday, May 12, 2017.

SO ORDERED. This 9 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge

1