IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-cv-00294-D

| WESTERN PLASTICS, INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| DUBOSE STRAPPING, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the Court on the Joint Motion for Status Conference and Stay of All Briefing Deadlines Pending Status Conference. The Court finds good cause and GRANTS the motion. A status conference will be held on __10/2/17 at 3:00 PM__.

So ORDERED this the __25__ day of September, 2017.

_____
The Honorable James C. Dever, III
United States District Judge