IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-294-D

| | |
|---|---|
| WESTERN PLASTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DUBOSE STRAPPING, INC., ) | |
| ) | |
| Defendant. ) | |

On September 8, 2017, defendant filed a motion to seal [D.E. 59]. On September 15, 2017, plaintiff filed two motions to seal [D.E. 77, 91]. The motions to seal [D.E. 59, 77, 91] are GRANTED.

SO ORDERED. This _2_ day of October 2017.

　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge