IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-294-D

| | |
|---|---|
| WESTERN PLASTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUBOSE STRAPPING, INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On October 4, 2019, plaintiff filed a Motion to Seal [D.E. 201]. The motion to seal

[D.E. 201] is GRANTED.

SO ORDERED. This _2( day of November 2019.

JAMES C. DEVER III
Chief United States District Judge